

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR 2061-JM |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| DANIEL EDWARD ALVARADO, | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding and |
| Defendant. | ) Abetting |

The United States Attorney charges:

On or about June 6, 2008, within the Southern District of California, defendant DANIEL EDWARD ALVARADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Enrique Martinez-Vizcarra, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

for MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
6/10/08