1  KAREN P. HEWITT
   United States Attorney
2  MICHELLE M. PETTIT
   Assistant United States Attorney
3  California State Bar No. 253406
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7450
6

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

# 8

```
         FILED

      JUN 2 4 2008

   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

8

9              UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA    08 CR 2061 JM

11  UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ1782
                                     )
12                    Plaintiff,     )
                                     )    **STIPULATION OF FACT AND JOINT**
13          v.                       )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14  DANIEL EDWARD ALVARADO,          )    **ORDER THEREON**
                                     )
15                    Defendant.     )
                                     )    **(Pre-Indictment Fast-Track Program)**
16  ─────────────────────────────────)

17      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Michelle M. Pettit, Assistant United States Attorney, and defendant DANIEL EDWARD

20  ALVARADO, by and through and with the advice and consent of Roseline D. Feral, counsel for

21  defendant, that:

22      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

   MIP:psd:6/10/08

1     2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4     3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **July 9, 2008**.

6     4.     The material witnesses, Enrique Martinez-Vizcarra, Alberto Ruiz-Ramirez, and Jesus

7  Alberto Robles-Altamirano, in this case:

8          a.     Are aliens with no lawful right to enter or remain in the United States;

9          b.     Entered or attempted to enter the United States illegally on or about

10  June 6, 2008;

11          c.     Were found in a vehicle driven by defendant near Campo, California and that

12  defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right

13  to enter or remain in the United States;

14          d.     Were paying $2,400-$3,000 to others to be brought into the United States

15  illegally and/or transported illegally to their destination therein; and,

16          e.     May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18     5.     After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22          a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24          b.     The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Daniel Edward Alvarado     2          08MJ1782

1    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12    It is STIPULATED AND AGREED this date.

13    Respectfully submitted,

14    KAREN P. HEWITT
      United States Attorney

15

16 Dated: _____

17    MICHELLE M. PETTIT
      Assistant United States Attorney

18

19 Dated: 6/23/08 .
      ROSELINE D. FERAL
      Defense Counsel for ALVARADO

20

21 Dated: 6/23/08 .

22    DANIEL EDWARD ALVARADO
      Defendant

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Daniel Edward Alvarado        3        08MJ1782

1

# O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: _6/24/2008_ .                          _(signature)_
                                              United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Daniel Edward Alvarado            4              08MJ1782